IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELANIE MOUSEL,                ) | CIVIL 09-00025DAE-LEK |
| )                               | |
| Plaintiff,      ) | |
| )                               | |
| vs.                             ) | |
| )                               | |
| PRINCIPLE HOTELS & RESORTS, ) | |
| LLC; PRINCIPLE HOTELS, LLC,   ) | |
| WAIKIKI SAND VILLA HOTEL,     ) | |
| INC., WAIKIKI GATEWAY          ) | |
| HOTEL, JOHN DOES 1-5, JANE     ) | |
| DOES 1-5, DOE PARTNERSHIPS     ) | |
| 1-5, DOE NON-PROFIC            ) | |
| ORGANIZATIONS 1-5, DOE         ) | |
| GOVERNMENTAL ENTITIES 1-5 ,   ) | |
| )                               | |
| Defendants.   ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

The Finding and Recommendation having been filed and served on all parties on April 16, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and

Recommendation that Case be Dismissed without Prejudice," document no. [8], is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 11, 2009.



_____
David Alan Ezra
United States District Judge

Melanie Mousel vs. Principle Hotels & Resorts, LLC, et al., Civil No. 09-00025 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION